```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 09624
    LARRY R MCCORMICK
                                               CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

              Debtor
        SSN XXX-XX-9062
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/29/07 and confirmed on 08/24/07.

2. The case was dismissed after confirmation, 03/14/2008.

3. The Debtor paid a total of $ 3210.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CENLAR CENTRAL LOAN ADMI | CURRENT MORTG | .00 | .00 | .00 |
| TOWNHOMES COUNTRY PLACE | NOTICE ONLY | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 35401.41 | 887.02 | 913.45 |
| WYNNIE ROOTES | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ADT | UNSECURED | NOT FILED | .00 | .00 |
| AT&T BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| DEERPATH PHYSICIANS GROU | UNSECURED | NOT FILED | .00 | .00 |
| GEORGEMILLER & WHYTE ASS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HOLY FAMILY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| IL BONE & JOINT INSTITUT | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST EMERGENCY PH | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILL COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| SAFEGUARD SELF STORAGE | UNSECURED | NOT FILED | .00 | .00 |
| VISTA MEDICAL CENTER EAS | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 35401.41 | .00 | .00 | .00 | 35401.41 |
| PRINCIPAL PAID | 913.45 | .00 | .00 | .00 | 913.45 |
| INTEREST PAID | 887.02 | .00 | .00 | .00 | 887.02 |
| TOTAL PAID | 1800.47 | .00 | .00 | .00 | 1800.47 |

The Debtor's attorney, RICHARD S BASS                    , was allowed $ 2600.00 and was paid $ 700.00 direct and $ 1310.78 through the plan.

The Trustee received $ 98.75 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/24/08                           /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE